UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                     :
LUIS TORO, *on behalf of himself and all others similarly* :
*situated*,                                                          :
                                                                     :
                                  Plaintiff,                         :          23 Civ. 4799 (JPC)
                                                                     :
             -v-                                                     :              ORDER
                                                                     :
ACCESSORIES INTERNATIONAL, INC.,                                     :
                                                                     :
                                  Defendant.                         :
                                                                     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Under the Case Management Plan entered by the Court on August 17, 2023, the parties were

required to submit a post-discovery status letter by February 5, 2024.  Dkt. 13 ¶ 18.  No such status

letter has been filed.  The parties are thus ordered to file the required status letter by on or before

April 19, 2024.  The Court advises the parties that failure to comply with Court orders may result

in sanctions, including dismissal for failure to prosecute.

       SO ORDERED.

Dated: April 15, 2024
       New York, New York                      _____
                                                      JOHN P. CRONAN
                                                 United States District Judge